IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JONNAS HARDING and
RODNEY HARDING                                                    PLAINTIFF

v.                            No. 3:14-cv-35-DPM

DOLLAR TREE STORES, INC.                                          DEFENDANT

### ORDER

1. The Hardings' motion in *limine*, № 24, is granted by agreement.

2. The Court will hold a pre-trial hearing by telephone at 10:00 a.m. on Wednesday, 10 June 2015.

3. The Court appreciates the parties' suggestions about jury instructions. The Court is attaching its current working drafts of (1) the preliminary instructions, (2) the final instructions, and (3) the verdict forms.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 June 2015