# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JONNAS HARDING and**
**RODNEY HARDING**                                                **PLAINTIFFS**

v.                              No. 3:14-cv-35-DPM

**DOLLAR TREE STORES, INC**                              **DEFENDANT**

## AMENDED ORDER

Pursuant to General Order 54, the Court authorizes BRETT McDANIEL; ROBB HELT; AMELIA MIDDLETON; RICHARD SORIN, CHRIS COOLEY, AND ANNA HOUSEHOLDER to bring a cell phone, laptop computer, projector, and personal digital assistant into the E.C. "Took" Gathings Federal Building, 615 South Main, Jonesboro, Arkansas the week of 15 June thru 18 June 2015 for a trial in this case.

The following rules apply to this access.

- The devices mentioned may not be used to record, photograph, or film anyone or anything inside the courthouse.

- Cell phones and PDAs must be turned off and put away when in the courtroom.

January 2014

- Wireless internet components of all electronic devices must be deactivated when in the courtroom.

- Only counsel, and support staff at counsel table, may use laptops in the courtroom.

- Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to, placing the device through the electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

- The United States Marshals Service may further restrict electronic devices from entering the building if a threat so requires.

A violation of these rules may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 June 2014