# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JONNAS HARDING and
RODNEY HARDING                                                                                  PLAINTIFF

v.                                        No. 3:14-cv-35-DPM

DOLLAR TREE STORES, INC.                                                                DEFENDANT

### ORDER

The Court appreciates the parties' updates at the pretrial yesterday. The Court confirms its ruling excluding screen shots from the video; the Hardings may pause the video as needed. The Court also confirms its ruling allowing the Hardings to call a Rule 30(b)(6) representative designated by Dollar Tree, which will be Anna Householder.

The revised preliminary instructions are attached. These are final and will be given without objection. The current working draft of the final instructions is also attached. No. 20 is revised as Dollar Tree requested. We'll keep working on them, and the draft verdict forms, during the trial. Court will convene for a final pretrial at 8:30 a.m. Monday, June 15th.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 June 2015