

**VERDICT FORM No. 2**

If your verdict is for Jonnas Harding and against Dollar Tree Stores, Inc. on Verdict Form No. 1, then answer these questions.  If your verdict is for Dollar Tree and against Mrs. Harding, then don't answer any of the questions on this verdict form.

1.   On Rodney Harding's loss-of-consortium claim against Dollar Tree Stores, Inc., as submitted in Instruction No. 11, we find for:

_____ Rodney Harding      \_\_✓\_\_ Dollar Tree

If you found for Mr. Harding on Question 1, then answer Question 2.  If you found for Dollar Tree on Question 1, then your deliberations are done.

2.   Pursuant to Instruction No. 22, we find by a preponderance of the evidence that Mr. Harding's total damages are \$_____.

Sign and date this form and advise the Court that you have finished your deliberations.

_____          6/17/2015

Foreperson                                              Date