IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JONNAS HARDING and
RODNEY HARDING                                                    PLAINTIFFS

v.                              No. 3:14-cv-35-DPM

DOLLAR TREE STORES, INC.                                          DEFENDANT

## JUDGMENT

Jonnas Harding's and Rodney Harding's claims against Dollar Tree Stores, Inc. were tried to a twelve-person jury from 15 June 2015 to 17 June 2015. The jury's verdicts, № 49 & № 50, are incorporated. After deliberations, the jury found unanimously that both Jonnas Harding and Dollar Tree were negligent and apportioned negligence 50/50. Mrs. Harding is not entitled, therefore, to recover any damages. As instructed, the jury found for Dollar Tree on Mr. Harding's derivative loss-of-consortium claim, which failed as a matter of law because his wife did not recover. The Court enters judgment on the jury's verdicts for Dollar Tree Stores, Inc. on both claims. Dollar Tree may be entitled to costs as allowed by law if it decides to pursue them. Any motion for costs due by 30 June 2015. The Hardings' complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 June 2015