IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JONNAS HARDING and
RODNEY HARDING                                                              PLAINTIFFS

v.                              No. 3:14-cv-35-DPM

DOLLAR TREE STORES, INC.                                                    DEFENDANT

## ORDER

The parties have settled the costs issue, № 56; and the Court grants Dollar Tree's motion, № 55, on that basis. Mr. and Mrs. Harding owe Dollar Tree $1,686.27, which must be paid in full by 10 July 2016. Dollar Tree will forebear any collection effort unless and until payment is not made in full by that date. This Court retains jurisdiction to resolve any later dispute about the costs agreed and awarded.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 July 2015